**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
CALIFORNIA APARTMENT ASSOCIATION
A California Corporation

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, A California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY APARTMENT ASSOCIATION, INC., a California Corporation<br><br>Defendant. | Case No. **'11CV0300 WQHRBB**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY COPYRIGHT INFRINGEMENT, VICARIOUS COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, CONVERSION, MONEY HAD AND RECEIVED**<br><br>**JURY TRIAL DEMANDED** |

Comes now Plaintiff CALIFORNIA APARTMENT ASSOCIATION, a California Corporation ("CAA"), and complains of Defendant SAN DIEGO COUNTY APARTMENT ASSOCIATION, INC. ("SDCAA") and alleges as follows:

1. At all times relevant herein, CAA was, and is, a corporation authorized to do business within the State of California, with its principal place of business in the County of Sacramento. CAA is an association of owners and managers of rental property located throughout California and vendors who service them. CAA's members own or manage nearly two million rental units in the State of California. A benefit that CAA provides to its members is the ability to access and utilize, through its website, a wide range of detailed, informative, and instructive forms drafted and generated by CAA.

2. CAA is informed and believes and thereon alleges that at all times relevant herein, Defendant SAN DIEGO COUNTY APARTMENT ASSOCIATION, INC. ("SDCAA") was, and is, a California corporation, doing business in the City and County of San Diego, State of California, under and by virtue of the laws of California.

3. This Court has subject matter jurisdiction over CAA's claims for copyright infringement and related claims pursuant to 17 U.S.C. 101, et. seq., and 28 U.S.C. 1331 and 1338(a).

4. This Court has supplemental jurisdiction over CAA's claims arising under the laws of California pursuant to 28 U.S.C. 1367(a) because these claims are so related to CAA's claims under Federal Law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

5. This Court has personal jurisdiction over SDCAA, a California Corporation, which solicits, transacts, and does business in this District. CAA's claims arise out of conduct that gives rise to personal jurisdiction over SDCAA.

6. Venue is proper in the Southern District of California pursuant to 28 U.S.C. § 1400 in that CAA is informed and believes that SDCAA is a resident of this District.

## GENERAL ALLEGATIONS

7. On or about February 2009, CAA and SDCAA entered into a written Chapter Agreement (the "Agreement"),whereby SDCAA contracted as a Charter Member of CAA by virtue of which it was given the privilege of accessing and utilizing detailed, instructive and informational forms owned and authored by CAA.

8. By the terms of the Agreement, SDCAA agreed, amongst other things, that it would be responsible for the collection of CAA dues from its members and to timely transmit those dues to CAA. SDCAA further agreed that it would take no action or omission which would directly or indirectly nullify or contravene any act or policy of CAA.

9. CAA is informed and believes and thereon alleges that SDCAA has collected CAA dues from SDCAA members, which rightfully belong to CAA but have not been fully remitted to CAA by SDCAA.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

10. In on or around February 2011, CAA, through its counsel, made a written demand to SDCAA requiring that all the dues collected by SDCAA on CAA's behalf be remitted to CAA.

11. To date, SDCAA has failed and refused to remit to CAA the CAA dues collected from its members. CAA is informed and believes and thereon alleges that as of the date of this Complaint, the total amount due and owing to CAA from SDCAA is no less than Thirty Six Thousand And Seventy Five Dollars ($36,075), and may well be in excess of One Hundred Thousand Dollars ($100,000).

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement)**

12. CAA re-alleges and incorporates into this Claim for Relief each and every foregoing paragraph of this Complaint as though fully set forth herein.

13. CAA is the original author and owner of particular literary work, to wit, detailed instructive and informative forms drafted specifically with its rental housing industry members in mind. CAA is the owner of a valid copyright over these forms. These forms are only accessible by CAA's members and affiliates who are required to sign into CAA's secured website to access and utilize the forms. Each of the forms that are known to have been infringed has an application for registration pending with the United State Copyright Office. Each of these forms was initially published by CAA between 1980 and 2011 in compliance with the copyright laws and CAA has remained the sole owner of the copyright.

14. By becoming a Charter Member of CAA, SDCAA received access to each of CAA's aforementioned forms which also gave SDCAA the ability and opportunity to copy the forms.

15. Plaintiff is informed and believes and thereon alleges that subsequent to SDCAA's disassociation from CAA, despite such disassociation, and after CAA had been publishing the forms for its members for at least fifteen to twenty years, SDCAA, without CAA's knowledge, permission, or consent, violated CAA's exclusive rights to its forms by

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

substantially copying and adopting the constituted elements of CAA's original work and by publishing, reproducing, and distributing CAA's forms to SDCAA's members.

16. Despite CAA's written notification of the infringement and repeated demands that SDCAA cease and desist from the use of such copyrighted CAA forms, SDCAA continues to utilize, publish, reproduce, and distribute such forms by recreating these forms under its own name in violation of the copyright, and further has engaged in unfair trade practices and unfair competition in connection with its publication, distribution, use and sale of the infringing forms, thus causing irreparable damage.

17. SDCAA knew that its acts constituted copyright infringement.

18. SDCAA's conduct was willful within the meaning of the Copyright Act.

19. As a result of its wrongful conduct, SDCAA is liable to CAA for copyright infringement pursuant to 17 U.S.C. 501. CAA has suffered and will continue to suffer, substantial losses and irreparable harm, including but not limited to damage to its business reputation and goodwill.

20. CAA is entitled to recover damages, which include its losses and any and all profits SDCAA has made as a result of its wrongful conduct pursuant to 17 U.S.C. 504.

WHEREFORE, CAA prays for judgment against SDCAA as set forth in the Prayer for Relief below.

**SECOND CLAIM FOR RELIEF**

**(Contributory Copyright Infringement)**

21. CAA re-alleges and incorporates into this Claim for relief each and every foregoing paragraph as though fully set forth herein.

22. Numerous individuals and entities directly infringed CAA's copyrighted works.

23. SDCAA induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing and assisting others to reproduce and distribute CAA's works.

24. SDCAA had knowledge of the infringing acts relating to CAA's copyrighted

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

works.

25. The acts and conduct of SDCAA, as alleged above in this Complaint, constitute contributory copyright infringement.

WHEREFORE, CAA prays for judgment against SDCAA as set forth in the Prayer for Relief below.

**THIRD CAUSE OF ACTION**

**(Vicarious Copyright Infringement)**

26. CAA re-alleges and incorporates into this Claim for Relief each and every foregoing paragraph as though fully set forth herein.

27. Numerous individuals and entities directly infringed CAA's copyrighted works.

28. SDCAA had the right and ability to control the infringing acts of the individuals or entities who directly infringed CAA's works.

29. CAA is informed and believes and thereon alleges that SDCAA obtained a direct financial benefit from the infringing activities of the individuals or entities who directly infringed CAA's works.

30. The acts and conduct of SDCAA, as alleged above in this Complaint, constitute vicarious copyright infringement.

WHEREFORE, CAA prays for judgment against SDCAA as set forth in the Prayer for Relief below.

**FOURTH CLAIM FOR RELIEF**

**(Breach of Contract)**

31. CAA re-alleges and incorporates into this Claim for relief each and every foregoing paragraph as though fully set forth herein.

32. CAA has performed all conditions, covenants, and promises required to be performed on its part in accordance with the terms of the Agreement except for those conditions, covenants, and promises that it was prevented from performing by SDCAA.

33. CAA is informed, believes and thereon alleges that SDCAA breached the

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

Agreement by, amongst other things, collecting CAA dues from SDCAA members on behalf of CAA and failing to remit the same to CAA, and continuing to utilize, reproduce, and distribute CAA's duly copyrighted forms.

34. As a proximate cause of SDCAA's breach of the Agreement in utilizing, reproducing, publishing and distributing CAA's copyrighted forms, CAA has suffered damages of such a nature and to such an extent that monetary relief would be inadequate to compensate CAA.

35. As a proximate result of SDCAA's breach of contract in failing to remit CAA dues collected from SDCAA members, CAA has suffered damages in an amount to be proven at trial, but in no event less than Thirty Six Thousand And Seventy Five Dollars ($36,075).

WHEREFORE, CAA prays for judgment against SDCAA as set forth in the Prayer for Relief below.

**FIFTH CLAIM FOR RELIEF**

**(Conversion)**

36. Plaintiff re-alleges and incorporates into this Claim for Relief each and every foregoing paragraph of this Complaint as though fully set forth herein.

37. CAA has the right to own and possess the membership dues collected by SDCAA on behalf of CAA.

38. SDCAA has taken possession of the said dues and wrongfully misappropriated said dues knowing that they properly belong to CAA.

39. SDCAA has refused to remit the said dues to CAA after the latter demanded that they be so remitted.

40. CAA did not consent to SDCAA's retention of the said dues.

41. CAA has been harmed by SDCAA's wrongful possession of CAA's dues.

42. SDCAA was a substantial factor in causing CAA's harm.

43. At this time, the total amount of funds believed to be converted by SDCAA equals an amount to be proven at trial, but in no event less than Thirty Six Thousand And

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

Seventy Five Dollars ($36,075).

44. Between the time of SDCAA's conversion of the above-mentioned money to its own use, and the filing of this action, CAA has spent time and money in the pursuit of the converted property, all to CAA's further damage in a sum to be proven at trial.

45. In wrongfully taking, possessing, and detaining the sums, SDCAA has acted willfully, maliciously, and in wanton disregard of CAA's rights. Therefore, CAA seeks punitive damages from SDCAA in an amount of treble the compensatory damages.

WHEREFORE, CAA prays for judgment against SDCAA as set forth in the Prayer for Relief below.

## SIXTH CLAIM FOR RELIEF

### (Money Had and Received)

46. CAA re-alleges and incorporates into this Claim for Relief each and every foregoing paragraph of this Complaint as though fully set forth herein.

47. CAA is informed and believes and thereon alleges that SDCAA has become indebted to CAA in an amount no less than Thirty Six Thousand And Seventy Five Dollars ($36,075) for monies had and received by SDCAA on behalf of CAA.

48. Although demand has been made, SDCAA has failed and refused to remit the dues/monies collected by SDCAA on CAA's behalf. The demanded amount remains due and owing to CAA in an amount to be determined at trial, but in no event less than Thirty Six Thousand And Seventy Five Dollars ($36,075).

WHEREFORE, CAA prays for judgment against SDCAA as set forth in the Prayer for Relief below.

## CORPORATE DISCLOSURE STATEMENT

### [Federal Rule of Civil Procedure 7.1]

Plaintiff California Apartment Association does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff CALIFORNIA APARTMENT ASSOCIATION prays for judgment against Defendant SAN DIEGO COUNTY APARTMENT ASSOCIATION, INC. as follows:

**First, Second and Third Claims for Relief:**

1. For judgment against Defendant SDCAA that it has:

   a. willfully infringed CAA's rights in its copyrighted works under 17 U.S.C. 501;

   b. otherwise injured the business reputation and business of CAA by their acts and conduct as set forth in this Complaint.

2. For injunctive relief against Defendant SDCAA that SDCAA, its agents, representatives, members, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, be enjoined and restrained from using, copying, reproducing, publishing, posting or making any other infringing use or infringing distribution of the forms owned, authored, and published by CAA;

3. For an order of impoundment pursuant to 17 U.S.C. 503 and 509(a) impounding all infringing copies of CAA's forms, whether reproduced and maintained by SDCAA under its own name or otherwise, which are in SDCAA's possession or under its control;

4. For an Order that SDCAA pay CAA's general, special, actual and statutory damages and SDCAA's profits pursuant to 17 U.S.C. 504(b);

**Fourth Claim For Relief for Breach of Contract**:

5. For compensatory damages in an amount to be proven at trial, but no less than Thirty Six Thousand And Seventy Five Dollars ($36,075);

6. For interest at the maximum legal rate from the date the funds were first taken by SDCAA to the date that the funds are returned to CAA;

7. Specific performance of the Agreement, to wit, to cease and desist from

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

acting in a manner directly in contravention of CAA's policies, and to cease and desist from utilizing, publishing, reproducing, and distributing, all forms currently being utilized, reproduced, or distributed, by SDCAA.

**Fifth Claim For Relief**:

8. For the value of the property converted in the sum of no less than Thirty Six Thousand And Seventy Five Dollars ($36,075) or according to proof;

9. For an order compelling SDCAA to convey all CAA dues collected from its members to CAA;

10. For exemplary damages in the sum of treble the compensatory damages;

11. For interest at the legal rate on the foregoing sum pursuant to Section 3336 of the California Civil Code; and

12. For damages for time and money properly expended in pursuit of the converted property in an amount according to proof pursuant to Section 3336 of the California Civil Code.

**Sixth Claim For Relief**:

13. For the sum of no less than Thirty Six Thousand And Seventy Five Dollars ($36,075) or according to proof;

14. For interest on the principle sum at the maximum legal rate allowed by law;

**All Claims For Relief:**

16. For costs of suit incurred herein;

17. For such other relief as the Court deems just and proper.

DATE: February 14, 2011

PAHL & McCAY
A Professional Corporation

By: ______________________
Stephen D. Pahl

Attorneys for Plaintiff
CALIFORNIA APARTMENT ASSOCIATION

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

**DEMAND FOR JURY TRIAL**

Plaintiff CALIFORNIA APARTMENT ASSOCIATION hereby demands a jury trial pursuant to Rule 38(a) of the Federal Rules of Civil Procedure.

DATE: February 14, 2011

PAHL & McCAY
A Professional Corporation

By: ______________________
Stephen D. Pahl

Attorneys for Plaintiff
CALIFORNIA APARTMENT ASSOCIATION

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
California Apartment Association

**DEFENDANTS** '11 CV0300 WQHRBB
San Diego County Apartment Association

**(b)** County of Residence of First Listed Plaintiff: Sacramento
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Stephen D. Pahl Pahl & McCay 408-286-5100
225 W. Santa Clara Street, Suite 1500, San Jose, CA 95113

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ❒ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ❒ 2 U.S. Government Defendant
- ❒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ❒ 110 Insurance
- ❒ 120 Marine
- ❒ 130 Miller Act
- ❒ 140 Negotiable Instrument
- ❒ 150 Recovery of Overpayment & Enforcement of Judgment
- ❒ 151 Medicare Act
- ❒ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ❒ 153 Recovery of Overpayment of Veteran's Benefits
- ❒ 160 Stockholders' Suits
- ❒ 190 Other Contract
- ❒ 195 Contract Product Liability
- ❒ 196 Franchise

**REAL PROPERTY**
- ❒ 210 Land Condemnation
- ❒ 220 Foreclosure
- ❒ 230 Rent Lease & Ejectment
- ❒ 240 Torts to Land
- ❒ 245 Tort Product Liability
- ❒ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ❒ 310 Airplane
- ❒ 315 Airplane Product Liability
- ❒ 320 Assault, Libel & Slander
- ❒ 330 Federal Employers' Liability
- ❒ 340 Marine
- ❒ 345 Marine Product Liability
- ❒ 350 Motor Vehicle
- ❒ 355 Motor Vehicle Product Liability
- ❒ 360 Other Personal Injury

PERSONAL INJURY
- ❒ 362 Personal Injury - Med. Malpractice
- ❒ 365 Personal Injury - Product Liability
- ❒ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ❒ 370 Other Fraud
- ❒ 371 Truth in Lending
- ❒ 380 Other Personal Property Damage
- ❒ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ❒ 441 Voting
- ❒ 442 Employment
- ❒ 443 Housing/ Accommodations
- ❒ 444 Welfare
- ❒ 445 Amer. w/Disabilities - Employment
- ❒ 446 Amer. w/Disabilities - Other
- ❒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ❒ 510 Motions to Vacate Sentence

Habeas Corpus:
- ❒ 530 General
- ❒ 535 Death Penalty
- ❒ 540 Mandamus & Other
- ❒ 550 Civil Rights
- ❒ 555 Prison Condition

**FORFEITURE/PENALTY**
- ❒ 610 Agriculture
- ❒ 620 Other Food & Drug
- ❒ 625 Drug Related Seizure of Property 21 USC 881
- ❒ 630 Liquor Laws
- ❒ 640 R.R. & Truck
- ❒ 650 Airline Regs.
- ❒ 660 Occupational Safety/Health
- ❒ 690 Other

**LABOR**
- ❒ 710 Fair Labor Standards Act
- ❒ 720 Labor/Mgmt. Relations
- ❒ 730 Labor/Mgmt.Reporting & Disclosure Act
- ❒ 740 Railway Labor Act
- ❒ 790 Other Labor Litigation
- ❒ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ❒ 462 Naturalization Application
- ❒ 463 Habeas Corpus - Alien Detainee
- ❒ 465 Other Immigration Actions

**BANKRUPTCY**
- ❒ 422 Appeal 28 USC 158
- ❒ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ❒ 830 Patent
- ❒ 840 Trademark

**SOCIAL SECURITY**
- ❒ 861 HIA (1395ff)
- ❒ 862 Black Lung (923)
- ❒ 863 DIWC/DIWW (405(g))
- ❒ 864 SSID Title XVI
- ❒ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ❒ 870 Taxes (U.S. Plaintiff or Defendant)
- ❒ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ❒ 400 State Reapportionment
- ❒ 410 Antitrust
- ❒ 430 Banks and Banking
- ❒ 450 Commerce
- ❒ 460 Deportation
- ❒ 470 Racketeer Influenced and Corrupt Organizations
- ❒ 480 Consumer Credit
- ❒ 490 Cable/Sat TV
- ❒ 810 Selective Service
- ❒ 850 Securities/Commodities/ Exchange
- ❒ 875 Customer Challenge 12 USC 3410
- ❒ 890 Other Statutory Actions
- ❒ 891 Agricultural Acts
- ❒ 892 Economic Stabilization Act
- ❒ 893 Environmental Matters
- ❒ 894 Energy Allocation Act
- ❒ 895 Freedom of Information Act
- ❒ 900Appeal of Fee Determination Under Equal Access to Justice
- ❒ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ❒ 2 Removed from State Court
- ❒ 3 Remanded from Appellate Court
- ❒ 4 Reinstated or Reopened
- ❒ 5 Transferred from another district (specify)
- ❒ 6 Multidistrict Litigation
- ❒ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
17 U.S.C. 101 and 28 U.S.C 1331

Brief description of cause:
Copyright Infringement

**VII. REQUESTED IN COMPLAINT:**
❒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 36,075.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ❒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE: 02/14/2011
SIGNATURE OF ATTORNEY OF RECORD: Stephen D. Pahl

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______